FILED
U.S. District Court
District of Kansas

8/7/2025

Clerk, U.S. District Court
By___mv___Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CASE NO. 25-M-6163-01-GEB

THOMAS LEWIS WILLIAMS,

    Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**POSSESSION OF A FIREARM IN RELATION TO A DRUG TRAFFICKING CRIME**
**[18 U.S.C. § 924(c)]**

On or about August 6, 2025, in the District of Kansas, the defendant,

**THOMAS LEWIS WILLIAMS,**

did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution and possession with intent to distribute a controlled substance, pursuant to 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c).

I further state that I am a Detective with the Wichita (Kansas) Police Department, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, Thomas Lewis Williams, committed the offense set forth in this Complaint.

                                                Mark McKee
                                                Detective
                                                Wichita (Kansas) Police Department

Sworn to before me and subscribed by telephone this 7th day of August, 2025, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, Thomas Lewis Williams, committed the offense set forth in this Complaint.

_Gwynne E. Birzer_                                                           _Gwynne E. Birzer_
United States Magistrate Judge                       Signature of Judicial Officer

# PENALTIES

## Count 1: 18 U.S.C. § 924(c)

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

# AFFIDAVIT

I, Mark McKee, of lawful age, being first duly sworn on oath, on information and belief state:

Your Affiant is a sworn officer of the Wichita (Kansas) Police Department (WPD) since 1996, and is currently a detective assigned to the Special Investigations Bureau, which is responsible for investigating crimes involving drug sales and trafficking. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers either by personal contact or by reviewing reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

Affiant has probable cause to believe that offenses against the laws of the United States of America have been committed, and that THOMAS LEWIS WILLIAMS, W/M, XX/XX/1961 committed said offenses. All of these events did occur in Sedgwick County, Kansas. The basis for probable cause is as follows:

On August 6, 2025, a federal search warrant was conducted at 9235 S. Meridian, Haysville, Kansas. Upon entry the officers located THOMAS WILLIAMS and his brother, R.W. During a search of the residence the officers located six firearms. At least two firearms were found in one room used by Defendant WILLIAMS. One loaded handgun was found on the right side of a chair facing a television. Other items found in the room included U.S. currency, suspected fentanyl pills, two boxes of gallon sized bags close in proximity to the handgun, and at least one rifle behind a bed.

Underneath the mattress to the bed was a clear bag with an off-white substance that appeared to be a controlled substance. The bag and substance were collected by another law enforcement agency.

Law enforcement officers found, in another part of this residence, items used in the conversion process of methamphetamine, a controlled substance, which was coated by a substance believed to be methamphetamine.

During a post-Miranda statement, Defendant WILLIAMS told investigators that every gun in the house was his. He believed that he had five rifles and one handgun. Defendant WILLIAMS admitted to investigators that he was dealing drugs with others.

I know that drug dealers possess firearms in order to protect themselves from people who may rob them of their drugs and money.

I respectfully submit that the facts set forth above establish probable cause to believe that THOMAS WILLIAMS violated Title 18, United States Code, Section 924(c), on or about August 6, 2025 in the District of Kansas by possessing at least one firearm in furtherance of a drug trafficking crime.

FURTHER AFFIANT SAITH NOT.

_____
Mark McKee
Detective, Wichita Police Department

Subscribed and sworn to before me this 6th day of August, 2025.

_____
Gwynne E. Birzer
United States Magistrate Judge

2