AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS LEWIS WILLIAMS | ) Case No. 25-M- 6163-01-GEB |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THOMAS LEWIS WILLIAMS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm in relation to a drug trafficking crime.

See attached Complaint.

**RECEIVED**
By US Marshals Service at 1:30 pm, Aug 08, 2025

Date:  08/07/2025 @ 4:34 pm

_____
Issuing officer's signature

City and state:   Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/8/2025, and the person was arrested on *(date)* 8/8/2025
at *(city and state)* Wichita, KS.

Date:  8/11/2025

_____
Arresting officer's signature

Ryan Overcash/DUSM
*Printed name and title*

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. 25-6163-01-GEB

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: THOMAS LEWIS WILLIAMS

Address:

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — Wichita
DISTRICT OF KANSAS — Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM**
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No.

☑ Interpreter Required   Dialect: Spanish

**Name of Asst. U.S. Attorney (if assigned):** DEBRA L. BARNETT

Birth Date: 7/1/1961
☑ Male  ☐ Female
☑ Alien (if applicable)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Det. Mark McKee, Wichita Police Department

Social Security Number: 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

### DEFENDANT

☐ person is awaiting trial in another Federal or State Court (give name of court)

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

**Place of offense:** Sedgwick   County, Kansas

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. § 924(c) | Possession of a firearm in relation to a drug trafficking crime | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

FILED
U.S. District Court
District of Kansas
8/7/2025

Clerk, U.S. District Court
By_____mv_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　CASE NO. 25-M-6163-01-GEB

THOMAS LEWIS WILLIAMS,

    Defendant.

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**POSSESSION OF A FIREARM IN RELATION TO A DRUG TRAFFICKING CRIME**
**[18 U.S.C. § 924(c)]**

On or about August 6, 2025, in the District of Kansas, the defendant,

**THOMAS LEWIS WILLIAMS,**

did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution and possession with intent to distribute a controlled substance, pursuant to 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c).

I further state that I am a Detective with the Wichita (Kansas) Police Department, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, Thomas Lewis Williams, committed the offense set forth in this Complaint.

*signature*
Mark McKee
Detective
Wichita (Kansas) Police Department

Sworn to before me and subscribed by telephone this 7th day of August, 2025, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, Thomas Lewis Williams, committed the offense set forth in this Complaint.

__Gwynne E. Birzer__
United States Magistrate Judge

*signature*
Signature of Judicial Officer

2

## PENALTIES

### Count 1: 18 U.S.C. § 924(c)

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## AFFIDAVIT

I, Mark McKee, of lawful age, being first duly sworn on oath, on information and belief state:

Your Affiant is a sworn officer of the Wichita (Kansas) Police Department (WPD) since 1996, and is currently a detective assigned to the Special Investigations Bureau, which is responsible for investigating crimes involving drug sales and trafficking. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers either by personal contact or by reviewing reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

Affiant has probable cause to believe that offenses against the laws of the United States of America have been committed, and that THOMAS LEWIS WILLIAMS, W/M, XX/XX/1961 committed said offenses. All of these events did occur in Sedgwick County, Kansas. The basis for probable cause is as follows:

On August 6, 2025, a federal search warrant was conducted at 9235 S. Meridian, Haysville, Kansas. Upon entry the officers located THOMAS WILLIAMS and his brother, R.W. During a search of the residence the officers located six firearms. At least two firearms were found in one room used by Defendant WILLIAMS. One loaded handgun was found on the right side of a chair facing a television. Other items found in the room included U.S. currency, suspected fentanyl pills, two boxes of gallon sized bags close in proximity to the handgun, and at least one rifle behind a bed.

Underneath the mattress to the bed was a clear bag with an off-white substance that appeared to be a controlled substance. The bag and substance were collected by another law enforcement agency.

Law enforcement officers found, in another part of this residence, items used in the conversion process of methamphetamine, a controlled substance, which was coated by a substance believed to be methamphetamine.

During a post-Miranda statement, Defendant WILLIAMS told investigators that every gun in the house was his. He believed that he had five rifles and one handgun. Defendant WILLIAMS admitted to investigators that he was dealing drugs with others.

I know that drug dealers possess firearms in order to protect themselves from people who may rob them of their drugs and money.

I respectfully submit that the facts set forth above establish probable cause to believe that THOMAS WILLIAMS violated Title 18, United States Code, Section 924(c), on or about August 6, 2025 in the District of Kansas by possessing at least one firearm in furtherance of a drug trafficking crime.

FURTHER AFFIANT SAITH NOT.

Mark McKee
Detective, Wichita Police Department

Subscribed and sworn to before me this 6th day of August, 2025.

Gwynne E. Birzer
United States Magistrate Judge

2